No. 839.  JACKSON MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* SINGLETON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 850.  PORCELLI ET AL. *v.* TITUS, SUPERINTENDENT OF SCHOOLS OF THE CITY OF NEWARK, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 902.  KLEIN ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 1191.  ADLER *v.* UNITED STATES;
No. 1314.  KROLL *v.* UNITED STATES; and
No. 1435.  CAHN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 433 F. 2d 1282.

No. 1333.  MISSOURI PACIFIC RAILROAD Co. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 1378.  GROUP LIFE & HEALTH INSURANCE Co. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 1392.  LOS ANGELES POLICE DEPARTMENT ET AL. *v.* ROBINSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 1433.  FLINTKOTE Co. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1443.  CHAMBERS ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 1461.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* NATIONAL MEDIATION BOARD ET AL.  C. A. 7th Cir.  Certiorari denied.